United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-10639-BB
William Spencer Reingold                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 1          Date Rcvd: Feb 06, 2017
                              Form ID: odspb        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db              +William Spencer Reingold,    8010 Truxton Av,    Los Angeles, CA 90045-2923
smg              Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37565528        +Quality Loan Servicing Corporation,    411 Ivy Street,    San Diego, CA 92101-2108
37565527        +Wells Fargo Home Mortgage,    P.O. Box 51120,    Los Angeles, CA 90051-5420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QSSLESLIE.COM Feb 07 2017 02:28:00    Sam S Leslie (TR),    3435 Wilshire Blvd., Suite 990,
                 Los Angeles, CA 90010-1998
smg              EDI: EDD.COM Feb 07 2017 02:28:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Feb 07 2017 02:28:00    Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                              TOTAL: 3


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              Sam S Leslie (TR)    sleslie@trusteeleslie.com,
               sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                              TOTAL: 2

Form odspb–odspab VAN–21)
Rev. 06/2014

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
William Spencer Reingold
aka William Spencer Reingold LLC

**BANKRUPTCY NO.**  2:17–bk–10639–BB

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–7556
**Employer Tax–Identification (EIN) No(s).(if any):**  81–5017329
**Debtor Dismissal Date:** 2/6/17

**Address:**
8010 Truxton Av
Los Angeles, CA 90045

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)      The case is dismissed.

2)      The automatic stay is vacated.

3)      Any discharge entered in this case is vacated.

4)      The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: February 6, 2017

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab/autodismi VAN–21) Rev. 06/2014

**9 / AUT**